FILED
GREAT FALLS

2012 JUL 11 PM 2 03

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DAVID EMERY and CLIFF MERCER, on behalf of themselves and others similarly situation, | Civil Action No. CV-10-5-BU-SEH |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| STAR WEST SATELLITE, INC., | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice signed by counsel for all parties, and good cause appearing;

IT IS HEREBY ORDERED that the above-titled action is DISMISSED with prejudice, as fully and finally settled on the merits. The parties shall pay their own respective costs and attorneys' fees.

Dated this __11th__ day of July, 2012.

_Sam E. Haddon_
Sam E. Haddon
United States District Judge